UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No: 2:13-cv-959 |
| v. | ) | |
| | ) | |
| LARRY A. EYRE, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, by its undersigned attorney, pursuant to the provisions of 26 U.S.C. § 7401, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this civil action to reduce to judgment certain unpaid assessed federal tax liabilities of the taxpayer Larry A. Eyre, and for its complaint alleges the following:

### Jurisdiction and Parties

1. Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402.

2. Larry A. Eyre resides in Chillicothe, Ohio.

### Count to Collect Unpaid Tax Liabilities

3. On the dates, in the amounts and for the taxable periods set forth below, a delegate of the Secretary of the Treasury made assessments against Larry A. Eyre, pursuant to the provisions of 26 U.S.C. [I.R.C.] § 6672 by reason of his willful failure to collect, truthfully account for and pay over to the United States of America the trust fund portion

10477728.1

of federal income and Federal Insurance Contributions Act (FICA) taxes withheld from the wages of the employees of TASK Machine & Fabrication Inc., for the underlying corporate tax periods, and which remain unpaid in the following amounts:

| Tax Period | Date of Assessment | Type of Tax | Balance due Sept. 2, 2013 | Notice of Lien Filed |
|---|---|---|---|---|
| 12/31/2000 | 10/27/2003 | I.R.C. § 6672 | $86,035.25 | Ross County: 09/09/2010 |
| 03/31/2001 | 10/27/2003 | I.R.C. § 6672 | $29,085.05 | Ross County: 09/09/2010 |
| 06/30/2001 | 10/27/2003 | I.R.C. § 6672 | $23,123.97 | Ross County: 09/09/2010 |
| 09/30/2001 | 10/27/2003 | I.R.C. § 6672 | $4,508.41 | Ross County: 09/09/2010 |
| 12/31/2001 | 10/27/2003 | I.R.C. § 6672 | $16,934.74 | Ross County: 09/09/2010 |
| 12/31/2002 | 10/27/2003 | I.R.C. § 6672 | $29,382.32 | Ross County: 09/09/2010 |
| 03/31/2003 | 10/27/2003 | I.R.C. § 6672 | $28,741.40 | Ross County: 09/09/2010 |
| | | **Total Amount Due** | **$217,811.14** | |

4. Notice of the assessments listed in paragraph 3 was given to and demand for their payment was duly made upon Larry A. Eyre.

5. Despite the notice of assessments and demand for payment, Larry A. Eyre has failed, neglected or refused to fully pay the assessed liabilities, and there remains due and owing $217,811.14, plus statutory additions and interest according to law from September 2, 2013.

10477728.1

**WHEREFORE,** the plaintiff United States prays for the following relief:

A.      That the Court enter judgment in favor of the United States and against Larry A. Eyre in the amount of $217,811.14, plus statutory additions, including interest from and after September 2, 2013;

B.      That the United States shall recover its costs in the action, and be awarded further relief as the Court determines is just and proper.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

*/s/ Patrick B. Gushue*
PATRICK B. GUSHUE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6010
Fax: (202) 514-5238
Patrick.B.Gushue@usdoj.gov
